Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Marc Christopher TURNER |
| **Docket Number:** | 2:00CR00547-01 |
| **Offender Address:** | Marysville, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br><br>Sacramento, California |
| **Original Sentence Date:** | 09/14/2001 |
| **Original Offense:** | 18 USC 2252(a)(2) - Distribution of Visual Depiction of Minor Engaging in Sexually Explicit Conduct (Two Counts) (CLASS C FELONIES) |
| **Original Sentence:** | 46 months Bureau of Prisons; 3 year term of supervised release; $200 special assessment. |
| **Special Conditions:** | Submit to search; Drug/alcohol treatment program; Drug/alcohol testing; Mental health treatment; Co-payment; Do not possess a computer with access to any online computer service; Do not possess or use any data encryption technique or program; Unannounced computer equipment searches; Refrain from accessing via computer any material that relates to the activity in which he was engaged in committing the instant offense, namely access to pornography of children or others; Provide business and personal phone records as directed; Do not possess or use a computer that contains an internal modem and/or possess an external modem; Consent to third party disclosure to any employer or potential employer concerning any computer-related restrictions, Participate in sex offender treatment; Register as a sex offender; Do not be in the presence or associate with any minor under the age of |

**RE:   Marc TURNER**
**Docket Number:  2:00CR00547-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

18, unless accompanied by a responsible adult approved previously by the probation officer.

| | |
|---|---|
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/04/2004 |
| **Assistant U.S. Attorney:** | Camil Skipper           **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Caro Marks               **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

## PETITIONING THE COURT

**(X )   TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**           **COMMISSION OF A NEW STATE CRIME**

On or about May 6, 2006, the offender committed a violation of Section 314.1 of the California Penal Code - Lewd or Obscene Conduct, in violation of the Standard Condition that he not commit another federal, state or local crime.

**RE:   Marc TURNER**
**     Docket Number:  2:00CR00547-01**
**     PETITION FOR WARRANT OR SUMMONS**
**     FOR OFFENDER UNDER SUPERVISION**

**Charge 2:          UNAUTHORIZED INTERNET ACCESS**

On or about August 1, 2004, through April 7, 2006, the offender utilized the internet via Yahoo account where he sent and received e-mail which is in violation of Special Condition Number 6 directing him not to possess or use a computer with access to any on-line computer service.

**Charge 3:          FAILURE TO PROVIDE PERSONAL PHONE RECORDS**

Between June, 2005 and September, 2005, the offender failed to provide personal phone records as requested by the probation officer which is in violation of Special Condition Number 10 directing him to provide all personal phone records as directed.

**Charge 4:          FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS**

Between June, 2005 and September, 2005, the offender failed to submit monthly supervision reports as directed by the probation officer which is in violation of Standard Condition Number 2.

**Justification:**     During a home contact on April 7, 2006, a piece of paper in plain view with the offender's name, address and an Yahoo e-mail address was discovered. When questioned about the Yahoo address, the offender reported the Yahoo account belonged to his girlfriend, and that she accesses the internet for him when necessary. When asked for the password into the account, the offender denied having knowledge of it at first. When asked again, the offender provided the correct password. The Yahoo account is listed to Marc Turner with his profile. The account reveals e-mails sent and received within it.

This officer requested the offender provide copies of all phone records, cable records, etc. each month when he submitted the monthly report forms. The offender failed to provide

**RE:  Marc TURNER**
   **Docket Number:  2:00CR00547-01**
   **PETITION FOR WARRANT OR SUMMONS**
   **FOR OFFENDER UNDER SUPERVISION**

monthly supervision reports beginning in June of 2005 and failed to provide all the requested records. After he had been admonished on various occasions, he produced some of the requested paperwork on April 7, 2006. Through the cellular phone records the offender provided on April 7, 2006, it was confirmed that the offender had accessed the internet through his cell phone. According to a Yuba City Police Department Report Number 06-011434, the offender exposed his penis to a three year old girl on May 6, 2006. The offender has been charged with a violation of section 314.1 of the California Penal Code - Lewd or Obscene Conduct in Sutter County Superior Court, Case Number CRF-06-1140.

**Bail/Detention:**  The offender's prior record includes an April 27, 1997 conviction for Indecent Exposure in Yuba County. Thereafter on November 23, 1998, he entered a plea of guilty with a Deferred Entry of Judgment to Indecent Exposure in Yuba County Superior Court. On May 31, 2000, the diversion was terminated.

The underlying conduct in this case involves the offender sending child pornographic images over the internet and sending threatening e-mail which included child pornographic images to an unwanted recipient. Given the seriousness of the alleged conduct in this petition, the conduct for which the offender is currently on supervised release for, and the offender's prior criminal convictions, it is believed that he is a danger to the community and should be detained.

**RE:    Marc TURNER**
**Docket Number:  2:00CR00547-01**
**PETITION FOR WARRANT OR SUMMONS**
<u>**FOR OFFENDER UNDER SUPERVISION**</u>


**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   May 12, 2006
Sacramento, California
TMO/cp

Respectfully submitted,


/s/Toni M. Ortiz
**TONI M. ORTIZ**
United States Probation Officer
Telephone:  (916) 930-4389


**REVIEWED BY**:    /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

**RE:    Marc TURNER**
       **Docket Number:  2:00CR00547-01**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

---

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

[ X ]    The issuance of a warrant        [  ]    Bail set at $ __        [  ]    No Bail

[  ]    The issuance of a summons (copy to Defense Counsel).

[  ]    Other:

### FURTHER PROCEEDINGS REGARDING CUSTODY:

[  ]    Defendant is ordered detained, to be brought before District Judge forthwith.

[ X ]   Initial appearance and detention hearing before Magistrate Judge.

Dated:  May 12, 2006

```
                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```

cc:    United States Probation
       Camil Skipper, Assistant United States Attorney

       United States Marshal Service

Attachment:  Presentence Report   (Sacramento only)

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                    RE:    Marc Christopher TURNER
                                                Docket Number:   2:00CR00547-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **COMMISSION OF A NEW STATE CRIME**

      **A.**    **Evidence:**

           (1)    Yuba City Police Report Number 06-011434 and Complaint Number CRF-06-1140 filed by Sutter County District Attorney's Office in Sutter County Superior Court.

      **B.**    **Witnesses:**

           (1)    Yuba City Police Officer, Enrique Jurado, and Yuba Deputy District Attorney, Susan Green.

**RE:   Marc Christopher TURNER**
      **Docket Number:   2:00CR00547-01**
      **STATEMENT OF EVIDENCE**


**Charge 2:   UNAUTHORIZED INTERNET ACCESS**

   **A.   Evidence:**

   (1)   Cingular Cellular phone bills in the name of Marc Turner and Yahoo E-mail account information in the name of Marc Turner.

   **B.   Witnesses:**

   (1)   None.

**Charge 3:   FAILURE TO PROVIDE PERSONAL PHONE RECORDS**

   **A.   Evidence:**

   (1)   None.

   **B.   Witnesses:**

   (1)   United States Probation Officer, Toni M. Ortiz, will testify the offender failed to provide phone records as requested.

**Charge 4:   FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS**

   **A.   Evidence:**

   (1)   None.

   **B.   Witnesses:**

   (1)   United States Probation Officer, Toni M. Ortiz, will testify the offender failed to submit monthly supervision reports as directed.

**RE:   Marc Christopher TURNER**
      **Docket Number:   2:00CR00547-01**
      <u>**STATEMENT OF EVIDENCE**</u>

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

**DATED:**   May 12, 2006
            Sacramento, California
            TMO/cp

**REVIEWED BY**:   /s/Kyriacos M. Simonidis
            **KYRIACOS M. SIMONIDIS**
            **Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  Marc Christopher TURNER          **Docket Number:**  2:00CR00547-01

**Date of original offense:**  Count 1 - 08/25/2001; Count 2 - 09/06/2001

**Original term of supervised release imposed:**  3 **years.**

**Highest grade of violation alleged:**     B

**Criminal History Category of offender:**   III

**Chapter 7 range of imprisonment:**  8  **to**  14  **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

| | |
|---|---|
| __ | **Class A felony - 5 years (or stat max of __ years if longer).** |
| __ | **Class B felony - 3 years** |
| X | **Class C and/or D felony - 2 years** |
| __ | **Class E felony and misdemeanors:  1 year** |

**Violation requires mandatory revocation:  YES:** __  **NO:** X .

<u>**Original offense committed after 09/13/94**</u>**:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## **MANDATORY REVOCATION ISSUES**

<u>**Original offense committed after 09/13/94**</u>**:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

<u>**Positive/Failed Drug Tests after 11/02/2002**</u>**:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

May 12, 2006
TMO/cp